# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Bridget M. McCormack,
Chief Justice

December 4, 2020

David F. Viviano,
Chief Justice Pro Tem

161540(62)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* SHERIDAN, Minors.

SC: 161540
COA: 351263
Kent CC Family Division:
   17-053435-NA; 17-053436-NA

_____/

On order of the Court, the motion for reconsideration of this Court's August 14, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2020



Clerk

b1201